# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Powell, Tamika R            §      Case No. 09 B 23324
                                    §
Debtor                              §
                                    §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1) The case was filed on 06/26/2009.

   2) The plan was confirmed on 08/19/2009.

   3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

   4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

   5) The case was converted on 05/19/2011.

   6) Number of months from filing or conversion to last payment: 23.

   7) Number of months case was pending: 24.

   8) Total value of assets abandoned by court order: (NA).

   9) Total value of assets exempted: $1,745.00.

   10) Amount of unsecured claims discharged without full payment: $0.

   11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $10,294.41 | |
| Less amount refunded to debtor | $210.09 | |
| **NET RECEIPTS:** | | $10,084.32 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,450.00 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $567.51 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $4,017.51 |

Attorney fees paid and disclosed by debtor    $324.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| United Auto Credit | Secured | $2,500.00 | $3,654.76 | $2,500.00 | $2,500.00 | $67.44 |
| AAA Checkmate LLC | Unsecured | $625.00 | $1,616.01 | $1,616.01 | $419.67 | $0 |
| American InfoSource LP | Unsecured | $60.00 | $498.09 | $498.09 | $129.36 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,652.00 | $634.91 | $634.91 | $164.89 | $0 |
| Ameritech | Unsecured | $188.00 | NA | NA | $0 | $0 |
| Arbor Center For Eye Center | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Arnold Scott Harris PC | Unsecured | $1,108.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $1,188.00 | $1,202.68 | $1,202.68 | $312.33 | $0 |
| Asset Acceptance | Unsecured | $187.00 | $187.93 | $187.93 | $48.81 | $0 |
| Aurora Health Care | Unsecured | $959.00 | NA | NA | $0 | $0 |
| Black Expressions | Unsecured | $167.00 | NA | NA | $0 | $0 |
| Brother Loan & Finance | Unsecured | $1,000.00 | $1,142.27 | $1,142.27 | $296.65 | $0 |
| Center for Women's Health | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Chicago Area Office Federal Credit U | Unsecured | $698.00 | NA | NA | $0 | $0 |
| Chicago Sun Times | Unsecured | $30.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $200.00 | $636.40 | $636.40 | $165.32 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $100.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Collection Company Of America | Unsecured | $745.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $135.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $328.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $378.00 | NA | NA | $0 | $0 |
| Creditors Discount & Audit Co | Unsecured | $381.00 | NA | NA | $0 | $0 |
| Custom Collection | Unsecured | $355.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | $1,966.00 | $2,104.48 | $2,104.48 | $546.54 | $0 |
| Evanston Northwestern Healthcare | Unsecured | $40.00 | NA | NA | $0 | $0 |
| First Card | Unsecured | $1,109.00 | NA | NA | $0 | $0 |
| Genesis Financial Services Corp | Unsecured | $2,250.00 | $1,667.64 | $1,667.64 | $433.08 | $0 |
| ICS Learning System | Unsecured | $576.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Kennedy King College | Unsecured | $387.00 | NA | NA | $0 | $0 |
| LeLand Scott & Associates | Unsecured | $282.00 | NA | NA | $0 | $0 |
| LeLand Scott & Associates | Unsecured | $772.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $618.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $581.00 | NA | NA | $0 | $0 |
| Oak Forest Hospital | Unsecured | $847.00 | NA | NA | $0 | $0 |
| Payday Loan | Unsecured | $614.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $427.00 | $613.09 | $613.09 | $159.26 | $0 |
| Pleasant Prairie Fire & Rescue | Unsecured | $353.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $78.00 | $1,200.00 | $1,200.00 | $311.73 | $0 |
| Rush North Shore Medical Center | Unsecured | $1,352.00 | NA | NA | $0 | $0 |
| Rush North Shore Medical Center | Unsecured | $250.00 | NA | NA | $0 | $0 |
| South Suburban College | Unsecured | $323.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $815.00 | $815.48 | $815.48 | $211.84 | $0 |
| St Francis Hospital | Unsecured | $50.00 | NA | NA | $0 | $0 |
| State Collection Service | Unsecured | $7.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $108.00 | NA | NA | $0 | $0 |
| Transworld Systems Inc | Unsecured | $4,509.00 | NA | NA | $0 | $0 |
| United Auto Credit | Unsecured | $1,100.00 | $1,154.76 | $1,154.76 | $299.89 | $0 |
| United Collection Bureau Inc | Unsecured | $299.00 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $244.00 | NA | NA | $0 | $0 |
| Vanderberg/Advanced | Unsecured | $214.00 | NA | NA | $0 | $0 |
| West Asset Management | Unsecured | $188.00 | NA | NA | $0 | $0 |
| Zenith Acquisition | Unsecured | $73.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $2,500.00 | $2,500.00 | $67.44 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $2,500.00 | $2,500.00 | $67.44 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $13,473.74 | $3,499.37 | $0 |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,017.51 |
| Disbursements to Creditors | $6,066.81 |
| **TOTAL DISBURSEMENTS:** | $10,084.32 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 30, 2011          By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.